IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANCHARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Intervenor Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-696-WKW |
| | ) [WO] |
| JERRY DONALD WALKER and ACE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is Plaintiff Robert Blanchard's Motion to Extend Deadline for Filing Notice of Appeal. (Doc. # 67.) Plaintiff requests an extension of time under Rule 4(a)(5) of the Federal Rules of Appellate Procedure to appeal the August 10, 2022 Order granting Defendant Jerry Donald Walker's Motion for Judgment on the Pleadings. (Doc. # 62.)

Pursuant to 28 U.S.C. § 1291, the courts of appeals have jurisdiction over appeals from "final decisions." 28 U.S.C. § 1291. The Supreme Court of the United States has "repeatedly interpreted § 1291 to mean that an appeal ordinarily will not lie until after final judgment has been entered in a case." *Cunningham v. Hamilton*

*Cnty.*, 527 U.S. 198, 203 (1999).  Additionally, Rule 54(b) of the Federal Rules of Civil Procedure provides that

> any order . . . that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of judgment adjudicating all the claims and all the parties' rights and liabilities.

Fed. R. Civ. P. 54(b).

Final judgment has not been entered yet.  Plaintiff's action is pending on a claim against Ace American Insurance Company.  (Doc. # 51 at 4.)  Additionally, Zurich American Insurance Company's intervenor complaint is pending on a claim for reimbursement "out of the proceeds of any [of Mr. Blanchard's] recovery" for workers' compensation benefits it has paid to Mr. Blanchard.  (Doc. # 45 at 2.)  Plaintiff's Motion to Extend Deadline for Filing Notice of Appeal (Doc. # 67) therefore is premature.

Accordingly, it is ORDERED that Plaintiff's Motion to Extend Deadline for Filing Notice of Appeal (Doc. # 67) is DENIED without prejudice, with leave to refile, if and when appropriate.

DONE this 9th day of September, 2022.

                                                  /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE