IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ) | |
| ZURICH AMERICAN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Intervenor Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-696-WKW |
| ) | [WO] |
| JERRY DONALD WALKER and ) | |
| ACE AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court is Plaintiff's Renewed Motion to Consolidate. (Doc. # 70.) Earlier in this litigation, Plaintiff moved to consolidate this action with *Blanchard v. Walker*, No. 20-CV-265-WKW (M.D. Ala. Apr. 17, 2020) (*Blanchard I*), "for purposes of appeal." (Doc. # 41.) That motion was denied as moot because the Order (Doc. # 38) that Plaintiff sought to appeal in this action (Doc. # 42) was vacated (Doc. # 43). (*See* Doc. # 47.) Relying on Federal Rule of Civil Procedure 42, Plaintiff now renews his motion to consolidate this action with *Blanchard I* "for consideration, trial and ruling herein." (Doc. # 70.) The motion is due to be denied.

First, *Blanchard I* is a closed case. *Blanchard I* met its demise on August 31, 2020, with the entry of the final judgment. (*Blanchard I*, Doc. # 20.) There is nothing left to consider, try, or rule on in *Blanchard I*. Second, Plaintiff did not appeal the final judgment in *Blanchard I*. To the extent that Plaintiff seeks consolidation to revive an appeal in *Blanchard I*, that attempt is unavailing. "[C]onsolidation does not cause one civil action to emerge from two," and "the actions do not lose their separate identity." *McKenzie v. United States*, 678 F.2d 571, 574 (5th Cir. 1982). The final judgment in *Blanchard I* stands on its own, and the time to appeal the final judgment in that action has expired.

For these reasons, it is ORDERED that Plaintiff's Renewed Motion to Consolidate (Doc. # 70) is DENIED.

DONE this 20th day of September, 2022.

                                          /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE