IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANCHARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| ZURICH AMERICAN ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Intervenor Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-696-WKW |
| ) | [WO] |
| JERRY DONALD WALKER and ) | |
| ACE AMERICAN INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court is Plaintiff's Unopposed Motion for Stay Pending Appeal. (Doc. # 76.)  It is ORDERED that the motion is GRANTED and that this action is STAYED pending the disposition of Plaintiff's appeal before the United States Court of Appeals for the Eleventh Circuit.  Plaintiff is DIRECTED to file a notice immediately upon the resolution of his appeal and, in the interim, to file a report as to the status of his appeal, beginning on **October 27, 2022**, and, if necessary, every thirty days thereafter, until the stay is dissolved.

DONE this 27th day of September, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE