IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT BLANCHARD, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:20-cv-696-RAH |
| | ) |
| v. | ) |
| | ) |
| JERRY DONALD WALKER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' *Stipulation of Dismissal* (doc. 95) filed on February 6, 2024, which comports with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED** that this action is **DISMISSED with prejudice** on the terms agreed to and set out by the parties.

All pending deadlines are terminated. The Clerk of the Court is **DIRECTED** to close the case.

**DONE** on this the 7th day of February 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

1