UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | INTERVENOR PLAINTIFF |
| VS. | CAUSE NO. 2:20-CV-00696-RAH |
| JERRY DONALD WALKER | DEFENDANT |

## AMENDED COMPLAINT

COMES NOW Zurich American Insurance Company, by and through its attorneys, and after having been ordered by the Court to do so by Order dated October 11, 2024 [Doc. 123], files its Amended Complaint and would respectfully show unto the Court the following, to-wit:

1. Zurich American Insurance Company (hereinafter sometimes referred to as "Zurich") is a subsidiary of a foreign entity first founded in Switzerland in 1872 and expanded into the United States in 1912. Zurich is a wholly-owned subsidiary of Zurich Holding Company of America, Inc., a Delaware holding company. Zurich is organized and existing in the United States by virtue of the laws of New York, having been incorporated in that state in 1998. Effective January 1, 2012, Zurich was involved in a pooling agreement with ten affiliated insurers; none of which are incorporated in Alabama. Zurich's principal place of business is 1299 Zurich Way, Schaumburg, Illinois 60196. The underlying workers' compensation claim was administered by Gallagher Bassett Services, Inc., whose mailing address is Post Office Box 2934, Clinton, Iowa 52733.

2. Defendant, Jerry Donald Walker, (hereinafter sometimes referred to as "Walker"), is an adult resident citizen of Chilton County, Alabama, and at the time of the subject accident resided at 3063 County Road 34, Clanton, Alabama 35045.

3. This action involves a third-party recovery by Zurich, the Louisiana workers' compensation carrier for Linden Bulk Transportation, LLC (hereinafter sometimes referred to as "Linden"), a company organized by virtue of the laws of New Jersey. Linden was the employer of

Robert James Blanchard (hereinafter sometimes referred to as "Blanchard"). Blanchard was an adult resident citizen of Louisiana. While acting as a driver for Linden, Blanchard suffered injuries he received in a motor vehicle collision that occurred on April 18, 2018, in Montgomery County, Alabama.

4. The Court has jurisdiction over this matter, pursuant to 28 U.S.C. §1332 as Zurich is incorporated in New York with its principal place of business in Illinois and whereas Walker is a citizen of Alabama. Venue also is proper in this Court due to the place of the underlying motor vehicle accident and the residence of Walker being in the Northern Division of the Middle District.

5. As previously stated, on or about April 18, 2018, Blanchard was traveling on Interstate 65 in the County of Montgomery, State of Alabama, when the vehicle he was driving was struck by a 2008 Chevrolet Silverado pickup owned and operated by Walker. Walker was negligent in that he caused or allowed the vehicle he was driving to collide with the vehicle driven by Blanchard. At all times material herein, Walker was intoxicated and/or driving under the influence while operating said motor vehicle. He was wanton and reckless in his disregard for the health and safety of others, including, but not limited to, Blanchard.

6. At the time of the subject motor vehicle collision, Blanchard was operating a vehicle in the course and scope of his employment with Linden.

7. Linden, the employer of Blanchard, had secured workers' compensation insurance under a policy written in the State of Louisiana by Zurich, the Plaintiff herein.

8. The underlying Louisiana workers' compensation claim was administered by Gallagher Bassett Services, Inc., pursuant to the statutes, rules and requirements of Louisiana.

9. Blanchard's claim for workers' compensation benefits was being administered in the State of Louisiana in District 5 and bearing docket number 19-07669. As of October 24, 2024, Zurich has paid workers' compensation benefits to Blanchard or on his behalf in the approximate amount of

$389,995.18 - indemnity totaling $222,949.60 and medical totaling $167,045.58. The workers' compensation claim has been settled, pursuant to the laws of Louisiana.

10. Pursuant to La. R.S. §23:1101, as amended, Zurich is entitled to reimbursement from the Defendant Walker and to have its rights determined by final judgment of this Honorable Court.

11. Pursuant to La. R.S. §23:1102(C)(2), as amended, Zurich has the right to pursue reimbursement for past and future compensation benefits and medical benefits against Walker without regard to any action of Blanchard.

WHEREFORE, PREMISES CONSIDERED, Zurich American Insurance Company demands for damages and a judgment against Defendant, Jerry Donald Walker, to the extent of its right to reimbursement and exoneration of the provisions of the Louisiana Workers' Compensation Act, and prays judgment be rendered in its favor, as provided by law, together with all costs taxed herein.

Respectfully submitted,

BY:    s/H. Byron Carter, III
       OF COUNSEL

H. BYRON CARTER, III [CAR079]
RABALAIS UNLAND
5608 I-55 SOUTH
POST OFFICE BOX 720636
JACKSON, MISSISSIPPI 39272
TELEPHONE: 601-502-9101
FACSIMILE: 601-502-9199
HBCARTER@RULLAW.COM
HBCARTER@CARTERLAWFIRM.BIZ
ATTORNEYS FOR ZURICH AMERICAN INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I, the undersigned counsel for Zurich American Insurance Company do hereby certify that on this day I electronically filed the above and foregoing pleading or other paper with the Clerk of Court using the CM/ECF e-filing system which should send notification of such filing to the following:

> Jesse K. Anderson, Esq.
> Andrew C. Blake, Esq.
> Hill Carter Franco Cole & Black PC
> Post Office Box 116
> Montgomery, AL 36101
> janderson@hillhillcarter.com
> ablake@hillhillcarter.com

Further, I hereby certify that I have forwarded via U.S. Mail, postage prepaid and properly addressed a true and correct copy of the above and foregoing pleading or other paper to:

> No one.

This the 24th day of October, 2024.

BY:   s/H. Byron Carter, III
       OF COUNSEL